Standard Oil Company, Appellee, v. Globe Cartage Company, Inc., Appellant.

Gen. No. 42,659.

opinion filed December 13, 1944; released for publication January 4, 1945. Eugene L. Cohn, for appellant; Gerald H. Crane, for appellee; Louis P. Yangas, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.